FILED

01/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0551

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JADE HUNTER KERR,

Defendant and Appellant.

## ORDER TO STAY AND REMAND

Upon consideration of Appellant's motion to stay and remand, and good cause appearing therefore,

IT IS HEREBY ORDERED that the appeal in this matter is STAYED and the briefing schedule is vacated until the District Court issues a decision on the Defendant's pending Motion for New Trial.

IT IS FURTHER ORDERED that the District Court shall issue a written decision on the Defendant's pending Motion for New Trial and for Hearing after the conclusion of briefing or following an evidentiary hearing, if one is held. If the District Court denies the motion for new trial, it shall file a written decision to that effect and promptly transmit the District Court record to this Court, Cause No. DA 22-0551. Upon

**ORDER**

receiving the record, the stay will be lifted and the Appellant's brief will be due in 30 days.

If the District Court grants the motion for a new trial, the Appellant will take appropriate action to resolve the stayed appeal. Nothing in this Order shall be construed to limit the right of the State, under the law governing the State's appeal rights, to file a notice of appeal from a decision granting the motion for a new trial or other relief.

The Clerk is directed to provide notice of this Order to the Clerk of the Eighth Judicial District Court; to the Hon. David J. Grubich, presiding judge; and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 23 2024

ORDER